

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00730-CR

**IN RE** Carlton **STROUD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On October 11, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 26, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR4160, styled *The State of Texas v. Carlton Stroud*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.